# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0739. SANDERS v. ENCOMPASS HOME & AUTO INSURANCE CO.**

Appellant Ullaine E. Sanders has filed a motion to withdraw her appeal in the above-referenced case on the grounds that the parties have reached a mutual settlement. Having been read and considered, that motion is hereby GRANTED and the appeal is ordered WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/16/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*